# Death Penalty

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-07948-JLS | Date | January 19, 2016 |
|---|---|---|---|
| Title | James P. Anderson v. Kevin Chappell, Warden, California State Prison at San Quentin | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. District Judge |
|---|---|

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE CORRESPONDENCE FROM PETITIONER**

On January 11, 2016 the Court received an ex parte communication from Petitioner, James P. Anderson, in the form of a letter addressed to the presiding judge in this case. Attached to the letter was a copy of a news article obtained from an internet source. As was pointed out to Petitioner in this Court's July 14, 2015 minute order, this Court's Local Rule 83-2.5 prohibit ex parte communications with the Court in form of letters, emails or telephone calls unless opposing counsel is present. Petitioner was also directed not to communicate with the Court except through the Office of the Federal Public Defender, his assigned counsel in this case.

The Court has forwarded the letter and its attachment to the office of the Federal Public Defender and hereby directs that office to:

1. Address the contents of the letter with Petitioner;

2. Provide Petitioner with a copy of this order;

3. Provide Petitioner with a copy of this Court's July 14, 2015 minute order (Docket No. 107); and,

4. Ensure that Petitioner understands that all communications with the Court must be made through his assigned counsel.

**IT IS SO ORDERED.**

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer    tg |