JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES PHILLIP ANDERSON,<br>PETITIONER,<br>v.<br>CHANCE ANDES, WARDEN,<br>California State Prison at San Quentin,<br>RESPONDENT. | Case No. 2:03-CV-07948-JLS<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds there is no reason for delaying the entry of final judgment with respect the present Petition for Writ of Habeas Corpus. Accordingly, after the consideration of the merits of all of Petitioner's claims as set forth in the Court's currently filed Order Denying Habeas Relief and Dismissing Amended Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Amended Petition for Writ of Habeas Corpus (Doc. 75) is DENIED, no relief is granted, no certificate of appealability shall issue, and the case is DISMISSED.

Date: September 3, 2026

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE

**cc: Capital Habeas Group**